

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2014

No. 04-14-00584-CV

**IN RE EL CABALLERO RANCH, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On August 14, 2014 real party in interest Laredo Marine, LLC filed an opposed motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response to the petition for writ of mandamus on behalf of real party in interest Laredo Marine, LLC, or any other party to this mandamus proceeding, may be filed no later than September 26, 2014.

It is so **ORDERED** on August 18th, 2014.          PER CURIAM

ATTESTED TO: _____
                    Keith E. Hottle
                    Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-04-00108-CVL, styled *Grace River Ranch, LLC v. El Caballero Ranch, Inc. a/k/a El Caballero, LLC and Laredo Marine, LLC v. Robert W. Brittingham*, pending in the 218th Judicial District Court, La Salle County, Texas, the Honorable Stella Saxon presiding.